Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Diane L. McGimsey (SBN 234953)
mcgimseyd@sullcrom.com
Emily D. Olsen (SBN 353281)
olsenem@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

*Attorneys for Defendants B. Riley Financial, Inc., Bryant Riley, Tom Kelleher and Phillip J. Ahn*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re B. Riley Financial, Inc. Securities Litigation* | Master File No. 24-cv-00662-SPG-AJR |
| This Document Relates To:<br><br>All Actions | **JOINT STIPULATION REGARDING EXTENSION OF MOTION TO DISMISS DEADLINE AND ENLARGEMENT OF PAGES**<br><br>Judge:  Honorable Sherilyn Peace Garnett<br><br>Complaint Filed: January 24, 2024 |

1        Subject to this Court's approval, and pursuant to Local Rules 7-1 and 8-3, Lead Plaintiff The KL Kamholz Joint Revocable Trust ("Lead Plaintiff"), and Defendants B. Riley Financial, Inc., Bryant Riley, Tom Kelleher, and Phillip J. Ahn ("Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their counsel of record, hereby stipulate and jointly agree to the following:

      WHEREAS, on January 24, 2024, Plaintiff Mike Coan ("Coan") filed a Class Action Complaint for Violations of the Federal Securities Laws against Defendants B. Riley Financial, Inc., Bryant Riley, Tom Kelleher and Phillip J. Ahn (the "Complaint");

      WHEREAS, this case is a putative securities class action and therefore is governed in various respects by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4;

      WHEREAS, on February 6, 2025, the Court entered an order appointing The KL Kamholz Joint Revocable Trust as Lead Plaintiff and approving its selection of Pomerantz LLP as lead counsel (Dkt. No. 96);

      WHEREAS, on March 7, 2025, the Court entered an order granting in part the Parties' Joint Stipulation regarding scheduling (Dkt. No. 101);

      WHEREAS, on April 21, 2025 Plaintiffs filed a First Amended Complaint, which spans 337 paragraphs over 110 pages and identifies 24 different statements that are alleged to have been materially false or misleading in violation of the Exchange Act of 1934 (Dkt. No. 104);

      WHEREAS, Defendants' motion to dismiss is due on June 20, 2025;

      WHEREAS, given the length of the First Amended Complaint and the number of statements being challenged, as well as unavoidable conflicts that have arisen for Defendants' counsel on June 20, 2025, Defendants believe that a short extension of time of one week, from June 20, 2025 through and including June 27,

2025, within which to file their consolidated motion to dismiss and an enlargement of the page limitations to 30 pages, excluding the caption, tables, signature block and certificate of service, is needed to enable Defendants to adequately respond to the First Amended Complaint;

WHEREAS, Defendants will make every effort to present their arguments in an economical and streamlined fashion, but good cause exists under these circumstances for the filing of enlarged briefs. (Standing Order for Civil Cases at 11);

WHEREAS, in accordance with the Scheduling Order, the Parties have conferred and agreed on a revised schedule for the briefing of a motion to dismiss and the enlargement of the page limitations for Defendants' consolidated motion to dismiss, Plaintiffs' opposition to Defendants' motion to dismiss, and Defendants reply to Plaintiffs' opposition; and

WHEREAS, the parties agree that this stipulation is made in the interests of efficiently proceeding with this action, conserving judicial resources, not to delay the proceedings, and will not prejudice any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the counsel of record for the Parties herein, that, subject to the Court's approval:

1. Defendants will file any motion(s) to dismiss on or before June 27, 2025.
2. The page limitation for Defendants' consolidated motion to dismiss the First Amended Complaint is enlarged to 30 pages, excluding the caption, tables, signature block, and certificate of services.
3. The page limitation for Plaintiff's opposition to Defendants' consolidated motion to dismiss the First Amended Complaint is

|   |   |   |
|---|---|---|
| 1 |   | enlarged to 30 pages, excluding the caption, tables, signature block |
| 2 |   | and certificate of service. |
| 3 | 4. | The page limitation for Defendants' reply to Plaintiffs' opposition |
| 4 |   | to Defendants' consolidated motion to dismiss the First Amended |
| 5 |   | Complaint is enlarged to 17 pages, excluding the caption, tables, |
| 6 |   | signature block, and certificate of services. |

JOINT STIPULATION REGARDING SCHEDULING AND PAGE LIMITS

| | |
|---|---|
| 1 | Dated: June 12, 2025 |
| 2 | /s/Adam S. Paris |
| 3 | Adam S. Paris (SBN 190693) |
| | parisa@sullcrom.com |
| 4 | Diane L. McGimsey (SBN 234953) |
| 5 | mcgimseyd@sullcrom.com |
| | Emily D. Olsen (SBN 353281) |
| 6 | olseneM@sullcrom.com |
| 7 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East |
| 8 | Los Angeles, California 90067 |
| 9 | Telephone:  (310) 712-6600 |
| | Facsimile:   (310) 712-8800 |
| 10 | |
| 11 | *Attorneys for Defendant B. Riley Financial, Inc.* |

JOINT STIPULATION REGARDING SCHEDULING AND PAGE LIMITS

Dated: June 12, 2025

/s/ *Justin D. D'Aloia*
**POMERANTZ LLP**
Justin D. D'Aloia (*pro hac vice*)
    (NY Bar # 4935979)
Guy Yedwab (*pro hac vice*)
    (NY Bar # 6052914)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jdaloia@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
pafitij@pomlaw.com

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 12, 2025

*/s/Adam S. Paris*
Adam S. Paris