## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re B. Riley Financial, Inc. Securities Litigation,*<br><br>This Document Relates To:<br><br>    All Actions | Master File No.: 2:24-cv-00662-SPG-AJR<br><br>**ORDER GRANTING STIPULATION ON EXTENSION OF MOTION TO DISMISS DEADLINE AND ENLARGEMENT OF PAGES**<br>**[ECF NO. 107]** |

    The Court is in receipt of the parties' Stipulation on Extension of Motion to Dismiss Deadline and Enlargement of Pages (ECF No. 107 ("Stipulation")). Finding good cause thereof, the Court hereby GRANTS the Stipulation and ORDERS the following:

    1.    Defendants shall file any motion(s) to dismiss on or before June 27, 2025;

    2.    The page limitation for Defendants' consolidated motion to dismiss the First Amended Complaint is enlarged to 30 pages, excluding the caption, tables, signature block, and certificate of services;

    3.    The page limitation for Plaintiff's opposition to Defendants' consolidated motion to dismiss the First Amended Complaint is enlarged to 30 pages, excluding the caption, tables, signature block and certificate of service; and

4. The page limitation for Defendants' reply to Plaintiffs' opposition to Defendants' consolidated motion to dismiss the First Amended Complaint is enlarged to 17 pages, excluding the caption, tables, signature block, and certificate of services.

**IT IS SO ORDERED.**

DATED: June 18, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE