**POMERANTZ LLP**
Jennifer Pafiti (SBN 282890)
jpafiti@pomlaw.com
Justin D. D'Aloia (*pro hac vice*)
jdaloia@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

*Counsel for Lead Plaintiff The KL Kamholz Joint Revocable Trust and Lead Counsel for the Proposed Class*

— additional counsel on signature page —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re B. Riley Financial, Inc. Securities Litigation* <br><br> This Document Relates to: <br> All Actions | No. 3:24-cv-00662-SPG-AJR <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS** <br><br> Judge: Hon. Sherilyn Peace Garnett |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY: Case No. 3:24-cv-00662-SPG-AJR

Court-appointed lead plaintiff The KL Kamholz Joint Revocable Trust ("**Lead Plaintiff**") and additional plaintiff Mike Coan (together with Lead Plaintiff, "**Plaintiffs**") respectfully submit this notice of supplemental authority in further opposition to the Motion to Dismiss First Amended Complaint filed by Defendants B. Riley Financial, Inc. ("**B. Riley**"), Bryant Riley, Tom Kelleher, and Phillip J. Ahn (collectively, with B. Riley, "**Defendants**") on June 27, 2025 (ECF No. 1110) (the "**Motion**").

There has been a parallel action against Defendants pending in Los Angeles County Superior Court since May 1, 2024 (the "**State Court Action**"). The operative complaint in the State Court Action alleges that Defendants and others violated Sections 11, 12, and 15 of the Securities Act of 1933 for statements they made in offering documents filed with the U.S. Securities and Exchange Commission between January 28, 2021, and December 2, 2021, including a shelf registration statement and associated prospectuses and supplements. On December 2, 2024, Defendants filed a demurrer for failure to state facts sufficient to constitute a claim under California Code of Civil Procedure § 430.10(e).

On September 30, 2025, Judge Timothy Patrick Dillon entered an order in the State Court Action overruling Defendants' demurrer in its entirety (the "**Order**"), a copy of which is attached as **Exhibit A**. Plaintiffs respectfully submit that the Order is relevant to this Court's consideration of the Motion for several reasons.

First, Judge Dillon found that several statements made in the offering documents were materially false or misleading for failing to disclose the concentration risk "stemming from B. Riley's investments in and loans to Kahn and his associates," including "B. Riley's significant loans to and/or investments in FRG, Brian Kahn and other Kahn-related entities." Ex. A at 9-10, 27-28. As detailed more fully in the Amended Complaint in this Action (ECF No. 104) (the "**AC**"), Plaintiffs allege that Defendants made several statements during the Class Period that were false or misleading for omitting the significant amount of risk concentrated with Kahn and his related entities. AC ¶¶ 189-95.

1

Second, Defendants, represented by the same attorneys as they are in this Action, raised many of the same arguments that they raised in their pending Motion, including that (1) the securities laws do not impose liability for corporate mismanagement; (2) details regarding Kahn's wrongdoing were already public; (3) none of the risks materialized until after the statements were made; and (4) there was no duty to disclose because none of the statements referred to Kahn or implied anything about B. Riley's business with Kahn. Relying on federal law, Judge Dillon rejected each of these arguments and held that the statements were adequately alleged to be actionable. Ex. A at 9-28.

| | |
|---|---|
| Dated: November 19, 2025 | Respectfully submitted,<br><br>*/s/ Justin D. D'Aloia*<br>Justin D. D'Aloia (*pro hac vice*)<br>Guy Yedwab (*pro hac vice*)<br>**POMERANTZ LLP**<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>jdaloia@pomlaw.com<br>gyedwab@pomlaw.com<br><br>Jennifer Pafiti (SBN 282790)<br>**POMERANTZ LLP**<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br>jpafiti@pomlaw.com<br><br>*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*<br><br>Joshua E. Fruchter (*pro hac vice*)<br>**WOHL & FRUCHTER LLP**<br>25 Robert Pitt Drive, Suite 209G<br>Monsey, New York 10952<br>Telephone: (845) 290-6818<br>jfruchter@wohlfruchter.com<br><br>*Additional Counsel for Lead Plaintiff*<br><br>Raymond D. Sulentic (SBN 316913)<br>**GLANCY PRONGAY & MURRAY LLP**<br>12526 High Bluff Drive, Suite 300<br>San Diego, California 92130<br>Telephone: (310) 201-9150<br>rsulentic@glancylaw.com<br><br>*Counsel for Additional Plaintiff Mike Coan* |

3